**Opinion issued July 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-23-00447-CV

———————————

## IN RE MICHAEL B. BELL AND COMMUNITY RV INVESTMENTS, LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Michael B. Bell and Community RV Investments, LLC, filed a petition for a writ of mandamus asserting that the trial court had failed to perform its ministerial duty to enter a final judgment following a verdict returned after a December 2021 jury trial.[1] In their mandamus petition, relators requested that the

---

[1] The underlying case is *Bay Area RV Parks, L.L.C. f/k/a Bay Area Utilities, L.L.C. v. WGB RV Parks, L.L.C., Judston F. Welling, and Jonathan D. Gibbs*, Cause No.

Court issue a writ of mandamus directing the trial court to "rule on [r]elators' Motions for Entry of Judgment and to enter a final judgment upon the jury verdict."

On June 26, 2023, real parties in interest, Judston F. Welling and Jonathan D. Gibbs, filed a letter with the Court stating that "the trial court entered Final Judgment" on June 21, 2023. Accordingly, real parties in interest stated that relators' "application for mandamus relief [was] therefore moot."

On June 29, 2023, the Clerk of this Court notified relators that, based on the record presented to the Court, it appeared that relators had obtained the relief requested in their mandamus petition, namely, entry of a final judgment, thereby rendering relators' mandamus petition moot. Relators were notified that their original proceeding for petition of writ of mandamus was subject to dismissal unless relators filed a written response demonstrating that the proceeding was not moot or filed a motion to dismiss their petition for writ of mandamus.

On July 6, 2023, relators filed an "Unopposed Motion to Dismiss Petition for Writ of Mandamus." In the motion, relators state that their mandamus petition has been "rendered moot" by the trial court's June 21, 2023 final judgment, and requested that the "Court dismiss the Petition for Writ of Mandamus."

---

2019-32654, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

Relators' motion includes a certificate of conference stating that real parties in interest are not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.